1   Glenn R. Kantor, Esq. - SBN 122643
       E-mail: gkantor@kantorlaw.net
2   Elizabeth K. Green, Esq. - SBN 199634
       E-mail: egreen@kantorlaw.net
3   **KANTOR & KANTOR, LLP**
    19839 Nordhoff Street
4   Northridge, CA 91324                                    JS-6
    Telephone: (818) 886-2525
5   Facsimile: (818) 350-6272

6   Attorneys for Plaintiff,
    JENNA MENKING
7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  JENNA MENKING,                    )   Case No.: CV11-4924-JFW (FFMx)
                                       )
12                      Plaintiff,     )   **ORDER RE: STIPULATION FOR**
                                       )   **DISMISSAL OF ENTIRE ACTION**
13                                     )   **WITH PREJUDICE**
              v.                       )
14                                     )   **[Filed concurrently with Stipulation**
                                       )   **for Dismissal**
15  WORLD INSURANCE COMPANY,           )
                                       )
16                      Defendant.     )   (Complaint Filed 6/9/11)
    _____)
17

18        Based upon the stipulation of the parties, and for good cause shown:

19        **IT IS HEREBY ORDERED** that plaintiff's complaint in this action, Case

20  No. CV 11-4924 JFW (FFMx) is dismissed with prejudice and defendant's

21  counterclaim is dismissed without prejudice.

22        **IT IS HEREBY FURTHER ORDERED** that each party shall bear its own

23  attorneys' fees and costs in this matter

24

25

26  DATED: October 25, 2011          _____

27                                   HONORABLE JOHN F. WALTER
                                     UNITED STATES DISTRICT COURT
28

_____
ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525