Glenn R. Kantor, Esq. - SBN 122643
  E-mail: gkantor@kantorlaw.net
Elizabeth K. Green, Esq. - SBN 199634
  E-mail: egreen@kantorlaw.net
**KANTOR & KANTOR, LLP**
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

JS-6

Attorneys for Plaintiff,
JENNA MENKING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA MENKING,<br><br>    Plaintiff,<br><br>v.<br><br>WORLD INSURANCE COMPANY,<br><br>    Defendant. | Case No.: CV11-4924-JFW (FFMx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Filed concurrently with Stipulation for Dismissal<br><br>(Complaint Filed 6/9/11) |

Based upon the stipulation of the parties, and for good cause shown:

**IT IS HEREBY ORDERED** that plaintiff's complaint in this action, Case No. CV 11-4924 JFW (FFMx) is dismissed with prejudice and defendant's counterclaim is dismissed without prejudice.

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter

DATED: October 25, 2011

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT

---

ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE